Shandor S. Badaruddin
MORIARITY & BADARUDDIN, PLLC
736 South Third Street West
Missoula, Montana 59801
Telephone:   406-728-6868
Facsimile:   406-728-7722
Email:       shandor@emsblaw.com

Brian Rodier
RODIER & RODIER, PA
400 North Federal Highway
Hallandale Beach, Florida 33009
Telephone:   954 455 9300
Facsimile:   954 457 0499
Email:       bmrodier@rodierlegal.com

*Attorneys for Plaintiff*

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MONTANA
## MISSOULA DIVISION

| | |
|---|---|
| ROBERT HEINS<br>Plaintiff,<br><br>v.<br><br>GREYHOUND LINES, INC., et al.<br><br>Defendants. | CASE NO: 9:15-cv-00001-DLC-JCL<br><br><br>**Stipulation of Dismissal** |

COMES NOW, the Plaintiff, pursuant to Fed.R.Civ.P. 41(a)(1)(A)(ii), and files a Stipulation of Dismissal signed by all parties who have appeared in this action and states that this action is DISMISSED, and, pursuant to Fed.R.Civ.P.

1

41(a)(1)(B), that said dismissal is WITH PREJUDICE, with each party to pay its own costs and attorneys fees.

Dated:       June 2, 2016.

For Plaintiff:

/s/ Shandor S. Badaruddin
Shandor S. Badaruddin

Shandor S. Badaruddin
MORIARITY & BADARUDDIN, PLLC
736 South Third Street West
Missoula, Montana 59801
Telephone:  406-728-6868
Facsimile:  406-728-7722
Email:       shandor@emsblaw.com

Brian Rodier
RODIER & RODIER, PA
400 North Federal Highway
Hallandale Beach, Florida 33009
Telephone:  954 455 9300
Facsimile:  954 457 0499
Email:       bmrodier@rodierlegal.com

*Attorneys for Plaintiff*

For Defendant Greyhound Lines, Inc.

/s/ Gerry P. Fagan

Gerry P. Fagan

MOULTON BELLINGHAM, PC
27 North 27th Street, Suite 1900
P.O. Box 2559
Billings, Montana 59803-2559
Telephone:  406 248 2559
Email:       Gerry.Fagan@moultonbellingham.com

*Attorneys For Defendant Greyhound Lines, Inc.*

For Defendants Rimrock Stages Inc., and Kevin Banks:

/s/ Lyman H. Bennett, III

Lyman H. Bennett, III
P.O. Box. 337
Virginia City, Montana 59755-0337
Telephone:  406 843 5650
Facsimile:   406 843 5651
Email:        lymanbennett@montana.net

*Attorney For Defendants Rimrock Stages Inc., and Kevin Banks*

# CERTIFICATE OF SERVICE

All parties in in this action are represented by counsel who are also registered users. Pursuant to L.R. 1.4(c)(2), registered users were served by electronic filing under Fed. R. Civ. P. 5. Pursuant to L.R. 1.4(c)(2), the NEF is the certificate of service for these individuals.

Dated:       June 2, 2016.


/s/ Shandor S. Badaruddin

Shandor S. Badaruddin
*Attorney for Plaintiff*